IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-88 |
| | ) | |
| MIAN IMRAN AHMED | ) | |

ORDER

AND NOW, to wit, this 26 day of April, 2009, the Court having considered the government's Motion for Order Authorizing Destruction of Contraband,

IT IS HEREBY ORDERED, ADJUDGE AND DECREED that Special Agents of the Department of Homeland Security, Immigration and Customs Enforcement shall forthwith destroy the following items:

    A. Dell CPU (Tower) bearing Serial Number HNY1811.

    B. Three (3) Compact Discs-R (CD-Rs).

    C. Six (6) 3.5' Floppy Discs.

    D. Harmon/Kardon Speaker bearing Serial Number CN-020CKU-47782-214-0407.

    E. Two (2) (Harmon/Kardon Speaker (Misc.).

                                          UNITED STATES DISTRICT JUDGE

cc: United States Attorney
    W. Penn Hackney